IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON Z. SUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 06-1552 |
| v. | ) |
| | ) HON. GARY L. LANCASTER |
| | ) U.S. DISTRICT JUDGE |
| MICHAEL CHERTOFF, et al., | ) |
| | ) ELECTRONICALLY FILED |
| Defendants. | ) |

**ORDER**

AND NOW, this 23rd day of January, 2007, it is hereby ORDERED that the above-captioned case is dismissed with prejudice. This case is now CLOSED.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

cc: All Parties